HOWARD D. SHERWOOD, Respondent, v. T. RAYMOND ROSS and Another, as Administrators, etc., of HENRY F. ROSS, Deceased, Appellants.— Judgment affirmed, with costs. All concur.

DAIRYMEN'S LEAGUE CO-OPERATIVE ASSOCIATION, INCORPORATED, Appellant, v. JAMES S. JEROME and Another, Respondents.— Judgment affirmed, with costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TIMOTHY J. BAKER, Appellant.— Judgment of conviction affirmed. All concur.

BANNON LUMBER COMPANY, Appellant, v. HARRY O. WRIGHT and Another, Respondents.— Judgment affirmed, with costs. All concur.

WILLIAM F. BARNARD, Appellant, v. HERBERT H. CHILDS and Others, Respondents.— Judgment affirmed, with costs. All concur, except Sears, P. J., who dissents and votes for reversal on the ground that there was evidence to the effect that it was agreed between the Investors' Underwriting Corporation and the plaintiff to the knowledge of the defendants that the securities and cash credited to the Investors' Underwriting Corporation should remain the property of the plaintiff so that the plaintiff might demand the return thereof subject at all times to the lien of defendants and that, therefore, a *prima facie* case was established.

PHILIP MANSON, Appellant, v. W. HEYWARD DRAYTON, 3D, and Others, Copartners, Doing Business under the Firm Name and Style of DRAYTON, PENINGTON & COLKET, Respondents.— Judgment affirmed, with costs. All concur.

DOMENICO VERSAGE, Appellant, v. HOME INSURANCE COMPANY OF NEW YORK, Respondent.— Judgment and order affirmed, with costs. All concur.

DOMENICO VERSAGE, Appellant, v. NEW YORK UNDERWRITERS INSURANCE COMPANY OF NEW YORK, Respondent.— Judgment and order affirmed, with costs. All concur.

DOMENICO VERSAGE, Appellant, v. ROYAL INSURANCE COMPANY, LIMITED, Respondent.— Judgment and order affirmed, with costs. All concur.

ALBERT J. LEISING and Another, Appellants, v. ABNER T. HOPKINS, Respondent. — Order reversed on the facts, with costs, and verdict reinstated, with costs. Memorandum: The jury was not obligated to believe the testimony of any witness in its entirety and the finding of negligence in the respondent as the sole proximate cause of the accident was fairly deducible from all the evidence. All concur.

THERON H. GIBBS, as Administrator, etc., of ELOSIA GIBBS, Deceased, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY and Another, Respondents.— Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event, on the ground that the evidence presented questions of fact as to the negligence of the defendants and of plaintiff's intestate. All concur.

In the Matter of the Application of THOMAS BROWN RUDD, as District Attorney of Oneida County, Appellant, for a Peremptory Order of Mandamus against FREDERICK H. HAZARD, Individually and as County Judge of Oneida County. Acting in and for the County of Oneida in the County Court of Oneida County. JOSEPH GEORGE, Respondent.— Order affirmed, without costs on this appeal. All concur.